| AO 10 Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT INITIAL FILING | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Bowbeer, Hildy | 2. Court or Organization USDC - District of Minnesota | 3. Date of Report 12/12/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) United States Magistrate Judge - full time | 5a. Report Type (check appropriate type) ☐ Nomination    Date ☑ Initial  ☐ Annual  ☐ Final 5b. ☑ Amended Report | 6. Reporting Period 01/01/2013 to 07/23/2014 |

**7. Chambers or Office Address**

Warren E. Burger Federal Building and U.S. Courthouse
Suite 632
316 N. Robert St.
St. Paul, MN 55101

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member, Board of Directors | Minnesota Continuing Legal Education |
| 2. | Vice-President and President, Board of Directors | Emma Norton Services |
| 3. | Assistant Chief Intellectual Property Counsel | 3M Innovative Properties Company |
| 4. | Trustee | Trust #1 |
| 5. | Trustee | Trust #2 |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1997-2014 | 3M Company Pension Plan - former employer, no control other than to specify when pension payments will start; intend to recuse from all 3M matters before Court |
| 2. | 1997-2014 | 3M Company Long Term Incentive Plan (stock options and Restricted Stock Units) - former employer; options and RSUs already granted will vest over time |
| 3. | 2014 | 3M Company variable compensation component of salary - will receive a pro-rated payment in February 2015 based on company's performance during 2014 |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowbeer, Hildy | 12/12/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2012 | 3M Innovative Properties Company - salary and long term incentive compensation for services rendered as in-house attorney (applies to all 3M items) | $592,706.00 |
| 2. | 2013 | 3M Innovative Properties Company - salary and long term incentive compensation | $556,527.00 |
| 3. | 2014 | 3M Innovative Properties Company (through June 22, 2014) - salary and long term incentive compensation | $347,814.22 |
| 4. | 2012 | New Harbinger Publishing Company - book royalties for books written by ▮▮▮▮ (description applies to all royalties) | $3,170.00 |
| 5. | 2013 | New Harbinger Publishing Company - book royalties | $2,552.00 |
| 6. | 2014 | New Harbinger Publishing Company - book royalties | $952.12 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | EXEMPT | | | | |
| 2. | | | | | |
| 3. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowbeer, Hildy | 12/12/2014 |

4. _____

5. _____

| Name of Person Reporting | Date of Report |
|---|---|
| Bowbeer, Hildy | 12/12/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. EXEMPT | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowbeer, Hildy | 12/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. US Bank Checking Account | A | Interest | M | T | Exempt | | | | |
| 2. Fidelity Individual Account (Money Market) | A | Interest | K | T | Exempt | | | | |
| 3. 3M Company Stock (common) | D | Dividend | N | T | Exempt | | | | |
| 4. 3M Company Restricted Stock Units (unvested) | | None | M | T | Exempt | | | | |
| 5. 3M Company VIP Excess deferred compensation account (company managed) | | None | N | T | Exempt | | | | |
| 6. 3M Company Medical Savings Account | A | Interest | J | T | Exempt | | | | |
| 7. 3M Company Stock Options | | None | P1 | T | Exempt | | | | |
| 8. Rental property, Marco Island, Florida (purchase price $412,000) | E | Rent | N | R | Buy | 02/15/13 | N | | Michael and Holly Rennie |
| 9. Brokerage Acct (Northwestern Mutual) (Assets listed below) | | | | | | | | | |
| 10. - DREYFUS GENERAL MNY MKT FUND CL B | A | Interest | J | T | Exempt | | | | |
| 11. - RUSSELL TAX-MANAGED U.S. MID & SMALL CAP FUND CLASS S | | None | K | T | Exempt | | | | |
| 12. - RUSSELL TAX MANAGED U.S. LARGE CAP FUND CLASS S | | None | M | T | Exempt | | | | |
| 13. - RUSSELL EMERGING MARKETS FUND CL S | | None | K | T | Exempt | | | | |
| 14. - RUSSELL GLOBAL REAL ESTATE SECURITIES FUND CLASS S | A | Int./Div. | K | T | Exempt | | | | |
| 15. - RUSSELL TAX EXEMPT BOND FUND CLASS S | A | Int./Div. | M | T | Exempt | | | | |
| 16. - RUSSELL INT'L DEVELOPED MARKETS FUND CLASS S | | None | L | T | Exempt | | | | |
| 17. Northwestern Mutual Life Insurance Policies | E | Dividend | N | T | Exempt | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowbeer, Hildy | 12/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Alliance Bernstein Collegebound Fund Balanced Portfolio Class C (529) | | None | K | T | Exempt | | | | |
| 19. Trust #2 (Assets listed below) | | | | | | | | | |
| 20. - RBC Prime Market Money Fund | A | Int./Div. | J | T | Exempt | | | | |
| 21. - Franklin Income Money Fund | B | Dividend | K | T | Exempt | | | | |
| 22. - Pimco Low Duration Mutual Fund | A | Dividend | J | T | Exempt | | | | |
| 23. - Templeton Foreign Mutual Fund | A | Dividend | J | T | Exempt | | | | |
| 24. - Thornburg Investment Income Mutual Fund | A | Dividend | J | T | Exempt | | | | |
| 25. - BMO Harris Bank - checking acct and CD | A | Interest | J | T | Exempt | | | | |
| 26. Bowbeer IRA - RBC Dain Rauscher (Assets listed below) | | | | | | | | | |
| 27. - RBC Cash and Federated Money Market Fund | A | Interest | K | T | Exempt | | | | |
| 28. - Alliance Bernstein Bond Mutual Fund | A | Dividend | | | Exempt | | | | |
| 29. - Alliance Bernstein Unconstrained Mutual Fund | | None | L | T | Exempt | | | | |
| 30. - Brandes Emerging Markets Mutual Fund | B | Dividend | L | T | Exempt | | | | |
| 31. - Cullen High Dividend Equity Mutual Fund | B | Dividend | | | Exempt | | | | |
| 32. - Dogde & Cox Stock Mutual Fund | B | Dividend | M | T | Exempt | | | | |
| 33. - Driehaus Select Credit Mutual Fund | A | Dividend | L | T | Exempt | | | | |
| 34. - DWS Floating Rate Mutual Fund | C | Dividend | | | Exempt | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowbeer, Hildy | 12/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - FundVantage WHV Int'l Equity Mutual Fund | A | Dividend | | | Exempt | | | | |
| 36. - JP Morgan Strategic Income Opportunities Mutual Fund | B | Dividend | L | T | Exempt | | | | |
| 37. - Mairs & Power Growth Mutual Fund | C | Dividend | M | T | Exempt | | | | |
| 38. - Matthews Asian Growth & Income Mutual Fund | A | Dividend | | | Exempt | | | | |
| 39. - MFS Growth Mutual Fund | A | Dividend | M | T | Exempt | | | | |
| 40. - MFS SER TR X International Mutual Fund | A | Dividend | L | T | Exempt | | | | |
| 41. - Mutual Series European Mutual Fund | C | Dividend | | | Exempt | | | | |
| 42. - Oakmark Global Select Mutual Fund | B | Dividend | M | T | Exempt | | | | |
| 43. - Pioneer Multi Asset Mutual Fund | | None | K | T | Exempt | | | | |
| 44. - Principal FDS Mutual Fund | A | Dividend | | | Exempt | | | | |
| 45. - TCW FDS Mutual Fund | B | Dividend | | | Exempt | | | | |
| 46. - Templeton Emerging Markets Mutual Fund | A | Dividend | K | T | Exempt | | | | |
| 47. - Templeton Global Bond Mutual Fund | C | Dividend | K | T | Exempt | | | | |
| 48. - Thornburg INVT TR Mutual Fund | C | Dividend | M | T | Exempt | | | | |
| 49. - Vanguard Index Mutual Fund | A | Dividend | | | Exempt | | | | |
| 50. - Wells Fargo Absolute Return Mutual Fund | | None | M | T | Exempt | | | | |
| 51. - HSBC Holdings PLC Common Stock | A | Dividend | | | Exempt | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowbeer, Hildy | 12/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.   - Hennes & Mauritz AB Common Stock | A | Dividend | | | Exempt | | | | |
| 53.   - Kingfisher PLC Common Stock | A | Dividend | | | Exempt | | | | |
| 54.   - LVMH Moet Hennessy Louis Common Stock | A | Dividend | | | Exempt | | | | |
| 55.   - Michelin Generale Common Stock | A | Dividend | | | Exempt | | | | |
| 56.   - Nestle SA Common Stock | A | Dividend | | | Exempt | | | | |
| 57.   - Novartis Common Stock | A | Dividend | | | Exempt | | | | |
| 58.   - Novo Nordisk Common Stock | A | Dividend | | | Exempt | | | | |
| 59.   - Toyota Corp Common Stock | A | Dividend | | | Exempt | | | | |
| 60.   - Abbot Laboratories Common Stock | A | Dividend | | | Exempt | | | | |
| 61.   - Coca Cola Company Common Stock | A | Dividend | | | Exempt | | | | |
| 62.   - Colgate Palmolive Common Stock | A | Dividend | | | Exempt | | | | |
| 63.   - General Electric Common Stock | A | Dividend | | | Exempt | | | | |
| 64.   - Mondelez International Commo Stock | A | Dividend | | | Exempt | | | | |
| 65.   - Monsanto Common Stock | A | Dividend | | | Exempt | | | | |
| 66.   - Occidental Pete Common Stock | A | Dividend | | | Exempt | | | | |
| 67.   - Pepsico Common Stock | A | Dividend | | | Exempt | | | | |
| 68.   - Philip Morris Common Stock | A | Dividend | | | Exempt | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowbeer, Hildy | 12/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Proctor & Gamble Stock | A | Dividend | | | Exempt | | | | |
| 70. - Qualcomm Common Stock | A | Dividend | | | Exempt | | | | |
| 71. - Sanofi Common Stock | A | Dividend | | | Exempt | | | | |
| 72. - United Parcel SVC Common Stock | A | Dividend | | | Exempt | | | | |
| 73. - Wells Fargo Common Stock | A | Dividend | | | Exempt | | | | |
| 74. - CA Inc. Common Stock | A | Dividend | | | Exempt | | | | |
| 75. - Century Link Common Stock | A | Dividend | | | Exempt | | | | |
| 76. - Microsoft Corp Common Stock | A | Dividend | | | Exempt | | | | |
| 77. - Pfizer Common Stock | A | Dividend | | | Exempt | | | | |
| 78. - Sanofi Sponsored ADR Common Stock | A | Dividend | | | Exempt | | | | |
| 79. Brokerage Account (RBC) (Assets listed below) | | | | | | | | | |
| 80. - RBC Money Market Bank Deposit Program | A | Interest | K | T | Exempt | | | | |
| 81. - Alliance Bernstein Bond Mutual Fund | A | Dividend | | | Exempt | | | | |
| 82. - Alliance Bernstein Unconstrained Bond Mutual Fund | | None | K | T | Exempt | | | | |
| 83. - AQR Managed Futures Strategy Mutual Fund | A | Dividend | | | Exempt | | | | |
| 84. - Brandes International Equity Mutual Fund | | None | K | T | Exempt | | | | |
| 85. - Brandes Emerging Markets Mutual Fund | A | Dividend | K | T | Exempt | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowbeer, Hildy | 12/12/2014 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - Cullen High Dividend Equity Mutual Fund | A | Dividend | | | Exempt | | | | |
| 87. - Dodge & Cox Stock Mutual Fund | A | Dividend | K | T | Exempt | | | | |
| 88. - Driehaus Mutual Fund | A | Dividend | K | T | Exempt | | | | |
| 89. - DWS Portfolio Mutual Fund | B | Dividend | | | Exempt | | | | |
| 90. - Eaton Vance Floating Rate Mutual Fund | A | Dividend | | | Exempt | | | | |
| 91. - JP Morgan TR Mutual Fund | B | Dividend | J | T | Exempt | | | | |
| 92. - Loomis Sayles Strategic Income Mutual Fund | A | Dividend | | | Exempt | | | | |
| 93. - Mairs & Power Growth Mutual Fund | B | Dividend | L | T | Exempt | | | | |
| 94. - Matthews Asian Growth & Income Mutual Fund | A | Dividend | P1 | | Exempt | | | | |
| 95. - MFS Growth Mutual Fund | A | Dividend | L | T | Exempt | | | | |
| 96. - MFS SER TR X International Mutual Fund | A | Dividend | K | T | Exempt | | | | |
| 97. - Mutual Series Fund Inc. Mutual Fund | B | Dividend | | | Exempt | | | | |
| 98. - Nuveen INVT FDS Minn Mutual Fund | A | Dividend | | | Exempt | | | | |
| 99. - Oakmark Global Select Mutual Fund | B | Dividend | L | T | Exempt | | | | |
| 100. - Pioneer Multi Asset Mutual Fund | | None | K | T | Exempt | | | | |
| 101. - Principal FDS Mutual Fund | A | Dividend | | | Exempt | | | | |
| 102. - TCW FDS Mutual Fund | A | Dividend | | | Exempt | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowbeer, Hildy | 12/12/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. - Templeton Emerging Markets Mutual Fund | A | Dividend | K | T | Exempt | | | | |
| 104. - Templeton Global Bond Market Fund | B | Dividend | K | T | Exempt | | | | |
| 105. - Thornburg INVT TR Mutual Fund | C | Dividend | K | T | Exempt | | | | |
| 106. - Vanguard Index Mutual Fund | A | Dividend | | | Exempt | | | | |
| 107. - Wells Fargo Absolute Return Mutual Fund | | None | K | W | Exempt | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowbeer, Hildy | 12/12/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

In Section I, line 4, the Kristin Metz Supplemental Needs trust is minimally funded (approx. $400 in an account at US Bank) until my death, at which time the portion of my assets designated for her will flow into the trust.

In Section VII, line 4, the value depicted for the 3M Company Restricted Stock Units (unvested) is based on the market price of the stock at the time the report was created. Any vested RSUs are distributed to the individual stock account, which is reported in line 3.

In section VII, line 5, the value of the 3M qualified pension plan is an estimate. It is a defined benefit plan and I do not have access to information about the present value of that income stream, nor to information about "income" generated by that plan, as I have not yet begun taking the pension and its balue to me will depend on when I start taking it and how long I live.

In section VII, line 6, the nonqualified portion of the 3M pension plan was paid to me after the reporting date, so will be reported as income on my next report. As noted above, I do not have access to information about "income" generated by that plan prior to the payout of the lump sum to me.

In section VII, line 7, the VIP Excess account does not generate interest or dividends - all gains are reflected in the increase in the value of the account.

In Section VII, various lines, where Column B(2) showns "None" for income, it is because the asset was purchased shortly before the end of the reporting period and no income had yet been realized.

In Section VII, line 20, the CollegeBound fund is a 529 plan that does not report dividends or interest. All gains are reflected in the increase in the value of the account.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Hildy Bowbeer**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544